**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2161**

NICOLE YVETTE WINSTON,

Plaintiff - Appellant,

v.

OFFICE OF NAVAL RESEARCH,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:16-cv-01797-PWG)

Submitted: January 31, 2017          Decided: February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicole Yvette Winston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Yvette Winston appeals the district court's order dismissing her civil action under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1) (2012), and denying her motion to reconsider under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Winston v. Office of Naval Research, No. 8:16-cv-01797-PWG (D. Md. Aug. 9, 2016 & Sept. 12, 2016). We deny Winston's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2